147 A.3d 400

**HAMMOND, Von**

v.

**STATE of Maryland**

**Pet. Docket No. 294, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 929, Sept. Term, 2015).

Petition for writ of certiorari denied.

∎

147 A.3d 400

**HOANG and Hoang**

v.

**CITIBANK**

**Pet. Docket No. 291, Sept. Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1021, Sept. Term, 2015).

Petition for writ of certiorari denied.